ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Al Sahraa General Transport & Clearance              )   ASBCA No. 62770
                                                     )
Under Contract No. W912ER-18-C-0032                  )

APPEARANCES FOR THE APPELLANT:          Scott M. Heimberg, Esq.
                                        Thomas P. McLish, Esq.
                                        Samantha Block, Esq.
                                          Akin, Gump, Strauss, Hauer & Feld, LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                        Cara M. Mroczek, Esq.
                                        Rebecca L. Bockmann, Esq.
                                          Engineer Trial Attorneys
                                          U.S. Army Engineer District, Middle East

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 28, 2022

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62770, Appeal of Al Sahraa General Transport & Clearance, rendered in conformance with the Board's Charter.

Dated: September 29, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals